Patrick J. McGroder III (002598)
Shannon L. Clark (019708)
Lincoln Combs (025080)
Caroline E. McGroder (030418)
Gallagher & Kennedy, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
(602) 530-8000
(602) 530-8500 - Fax
pjm@gknet.com
slc@gknet.com
lincoln.combs@gknet.com
caroline.mcgroder@gknet.com
Attorneys for Plaintiffs

Thomas K. Kelly (012025)
Thomas K. Kelly, P.C.
425 East Gurley
Prescott, Arizona 86301
(928) 445-5484
tskelly@kellydefense.com
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Julian Ashcraft, et al., <br><br> Plaintiffs, <br><br> v. <br><br> State of Arizona, et al., <br><br> Defendants. | No. 2:14-CV-02308-PHX-JJT <br><br> **JOINT STATUS REPORT DATED MAY 22, 2015** |

Pursuant to the Court's Order, the parties hereby advise the Court of the status of settlement discussions in this case.

1  Due to scheduling constraints, mediation is not able to be resumed until June 1, 2015.  However, the parties and counsel have been meeting with their clients and amongst themselves in an effort to ensure that the mediation has the best chance of success.

The parties will reconvene the mediation with Christopher Skelly at 9:00 a.m., on June 1, 2015.

The parties propose to prepare a report of the mediation on or before June 4, 2015 (the date the stay is currently set to be lifted).  The parties and counsel appreciate the Court's patience while they explore non-litigated resolution to these claims.

RESPECTFULLY SUBMITTED this 22nd day of May, 2015.

                                      GALLAGHER & KENNEDY, P.A.

                                      By:  */s/*Shannon L. Clark
                                           Patrick J. McGroder III
                                           Shannon L. Clark
                                           Lincoln Combs
                                           Caroline E. McGroder
                                           2575 East Camelback Road
                                           Phoenix, Arizona  85016-9225
                                           Attorneys for Plaintiffs

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

ARIZONA ATTORNEY GENERAL


By:  /s/ Brock Heathcotte
     Mark Brnovich
     Attorney General
     Terry Harrison
     Brock Heathcotte
     125 West Washington
     Phoenix, Arizona  85007
     Attorneys for State Defendants

STINSON LEONARD STREET, LLP


By:  /s/ Michael L. Parrish
     Michael L. Parrish
     1850 North Central Avenue, Suite2100
     Phoenix, Arizona  85004
     Attorneys for State Defendants

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 22nd day of May, 2015, I electronically transmitted the attached document to the Clerk of the Court using the CM/ECF System for filing; Copy emailed to Judge Tuchi at tuchi_chambers@azd.uscourts.gov; transmittal of a Notice of Electronic Filing to the following CM/ECF registrants: Copies mailed to the following CM/ECF registrants:

Georgia A. Staton
Jones, Skelton & Hochuli, P.L.C.
2901 North Central Avenue, Suite 800
Phoenix, Arizona  85012
Email: Gstaton@JSHFIRM.com
*Attorneys for Defendant County of Yavapai*

Anthony Hancock
Beaugureau Hancock Stoll & Schwartz PC
302 East Coronado Road
Phoenix, Arizona  85004
Email: ajh@bhsslaw.com
*Attorneys for Defendants Central Yavapai Fire District and Abel*

Thomas K. Kelly
THOMAS K. KELLY, P.C.
425 East Gurley
Prescott, Arizona  86301
*Attorneys for Plaintiffs*


 /s/ Roberta L. Schmidt

4821984v1/24742-0001