**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| Juliann Ashcraft, et al., | No. 2:14-CV-02308-JJT |
|---|---|
| Plaintiffs, | **[PROPOSED] ORDER GRANTING DISMISSAL WITH PREJUDICE** |
| v. | |
| State of Arizona, et al., | |
| Defendants. | |

The Court, having considered the parties' Stipulation for Dismissal with Prejudice (Doc. #__), and good cause appearing therefor,

IT IS ORDERED that this action against Defendants State of Arizona, Arizona State Forestry Division, Roy Hall, and Russ Shumate is dismissed with prejudice.